IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| D. BRUCE OLIVER,<br><br>Plaintiff,<br><br>v.<br><br>DEPUTY LARRY G. NIELSON, et al.,<br><br>Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 1:16-cv-155-JNP-BCW<br><br>District Judge Jill N. Parrish<br>Magistrate Judge Brooke C. Wells |

*Pro se* Plaintiff D. Bruce Oliver brought this action in Utah state court on June 27, 2016. Defendants filed a Notice of Removal on October 28, 2016. (Dkt. 2). The court referred this matter to Magistrate Judge Brooke C. Wells pursuant to 28 U.S.C. § 636(b)(1)(B). (Dkts. 5–6). Defendants filed their Rule 12(c) Motion for Judgment on the Pleadings on February 9, 2017. (Dkt. 7). On June 8, 2017, Judge Wells filed a Report and Recommendation. (Dkt. 13). Judge Wells's Report and Recommendation provided that any objection to her recommendation was to be filed with the court within fourteen days of service. The time to object has now expired and the court has received no objections to the Report and Recommendation.

Based on the court's *de novo* review of the record, the relevant legal authorities, and Judge Wells's Report and Recommendation, the court concludes that the Report and Recommendation is a correct application of the law and the facts. Accordingly, the court ORDERS that the Report and Recommendation (Dkt. 13) is ADOPTED IN FULL.

SO ORDERED this 31st day of July, 2017.

        BY THE COURT:

        _____
        JILL N. PARRISH
        United States District Judge